IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JASON ALERS, et al.,** : | | |
| Plaintiffs, : | | CIVIL ACTION |
| : | | |
| v. : | | NO. 20-2073 |
| : | | |
| **PENNSYLVANIA HIGHER** : | | |
| **EDUCATION ASSISTANCE AGENCY** : | | |
| **d/b/a AMERICAN EDUCATION** : | | |
| **SERVICES et al.,** | | |
| Defendants. | | |

## ORDER

**AND NOW**, this 29th day of August, 2022, upon consideration of the Motions to Transfer Venue filed by Defendant Pennsylvania Higher Education Assistance Agency (ECF No. 31), Defendant Account Control Technology, Inc. (ECF No. 34), and Defendant Transworld Systems, Inc. (ECF No. 37) (collectively, the "Defendants' Motions"),[1] all papers submitted in support thereof and in opposition thereto, and for the reasons set forth in the Memorandum filed by this Court, it is hereby **ORDERED** that Defendants' Motions are **GRANTED** and that the Clerk of Court shall transfer this action, pursuant to 28 U.S.C. § 1404(a), to the United States District Court for the Middle District of Pennsylvania.

**IT IS SO ORDERED**.

BY THE COURT:

 /s/ John Milton Younge
**Judge John Milton Younge**

---

[1] Though only three of the four named defendants filed formal motions to transfer venue, Defendant PHEAA notes: "All defendants concur in transfer of this matter to the [United States District Court for the] Middle District [of Pennsylvania]." (ECF No. 31, Pg. 1 n.1.)